# UNITED STATES DISTRICT COURT
### District of Minnesota

IN THE MATTER OF:

Empi, Inc

v                                                            3:95-cv-843 MJD/JMM

Iomed, Inc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER TO THE CLERK OF COURT
### INSTRUCTING THE LIFTING OF SEALS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The court having reviewed documents files under seal in the above case and having determined that there is no further reason to maintain those seals, **IT IS HEREBY ORDERED THAT ALL DOCUMENTS PREVIOUSLY PLACED UNDER SEAL IN THIS CASE ARE HEREBY UNSEALED**.


Date:  May 10, 2006_____

                                              __s/Michael J. Davis_____
                                              Judge Michael J. Davis
                                              United States District Court